Laurence M. Rosen (State Bar No. 219683)
**THE ROSEN LAW FIRM, P.A.**
333 S. Grand Ave., 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

Attorneys for Plaintiff Brad Greenspan

# UNITED STATES DISTRICT COURT
## CENTRAL DISRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JIM BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BRETT BREWER, et al.<br><br>Defendants. | Case No. CV-06-3731 GHK (JTLx)<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF CONSENTED TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. George H. King<br>Date: September 13, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 650 |

I, Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing shareholder of the Rosen Law Firm, P.A. ("Rosen"), attorneys for Brad Greenspan ("Greenspan").

2. I make this declaration in support of Rosen's consented to motion for leave to withdraw as counsel of record to Greenspan ("Motion to Withdraw").

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF CONSENTED TO MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL                            1

3. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

4. On behalf of Rosen, I agreed to represent Greenspan solely to file Greenspan's Notice of Appearance, which Rosen filed prior to agreeing on how, if at all, Rosen would represent Greenspan in this litigation after the Notice of Appearance was filed. The Notice of Appearance was filed as fast as possible in order to comply as closely as possible to the Court-ordered deadline to file a notice of appearance, which had already passed by the time Greenspan first discussed with me his retaining Rosen as counsel.

5. Greenspan never paid me the legal fees for any legal work Rosen already did that Greenspan promised he would pay.

6. Greenspan and Rosen have been unable to agree on the terms of a retainer agreement for Rosen to perform future legal work for Greenspan in this action.

7. It is practically impossible for Rosen to represent Greenspan and to proceed to litigate on his behalf because he and Rosen are unable to agree on the strategy or plan for how to proceed and what steps to take in the litigation of this action.

8. I told Greenspan repeatedly, beginning on July 26, 2010 -- over the telephone and repeatedly via email at bspan@earthlink.net (to which he sent reply e-mails), that if he did not execute a retainer agreement that I had provided to him, or some version of it, then Rosen would file the Motion to Withdraw.

9. On July 30, 2010, I told Greenspan -- over the telephone and over email at bspan@earthlink.net (to which he sent a reply e-mail) -- that I would file the Motion to Withdraw.

10. On July 30, 2010, Plaintiff Jim Brown and all Defendants consented to the Motion to Withdraw when they answered my emails to them asking if they

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF CONSENTED TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

2

1  would consent to Rosen's filing the Motion to Withdraw by stating that they had
2  no objection.
3
4  DATED: August 2, 2010
                                              /s/ Laurence Rosen
5                                             Laurence M. Rosen, Esq.

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF CONSENTED TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL    3