HOGAN LOVELLS US LLP
Richard L. Stone, Bar No. 110022
richard.stone@hoganlovells.com
Julie Ann Shepard, Bar No. 175538
julie.shepard@hoganlovells.com
Elizabeth A. Moriarty, Bar No. 212118
elizabeth.moriarty@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Attorneys for Defendants
Brett Brewer, Daniel Mosher, Lawrence Moreau, Richard Rosenblatt, James Quandt, and William Woodward

[Additional Counsel Appear On Next Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRETT BREWER, et. al.,<br><br>Defendants. | Case No. CV-06-3731 GHK (SH)<br><br>CLASS ACTION<br><br>**JOINT REPORT REGARDING SETTLEMENT** |

```
 1  RANDALL J. BARON, SBN 150796
    Email: RandyB@rgrdlaw.com
 2  DAVID T. WISSBROECKER, SBN 243867
    Email: dwissbroecker@rgrdlaw.com
 3  ROBBINS GELLER, RUDMAN & DOWD, LLP
    655 West Broadway, Suite #1900
 4  San Diego, CA 92101
    Telephone: (619) 231-1058
 5  Facsimile: (619) 231-7423

 6  Attorneys For Plaintiff Jim Brown

 7

 8  MICHAEL D. TORPEY, SBN 79424
    Email: mtorpey@orrick.com
 9  JAMES N. KRAMER, SBN 154709
    Email: jkramer@orrick.com
10  STEPHEN M. KNASTER, SBN 146236
    Email: sknaster@orrick.com
11  ORRICK, HERRINGTON & SUTCLIFFE, LLP
    The Orrick Building
12  405 Howard Street
    San Francisco, CA 94105-2669
13  Telephone: (415) 773-5700
    Facsimile: (415) 773-5759

14  Attorneys For Defendants
    David S. Carlick and Andrew Sheehan
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOINT REPORT REGARDING SETTLEMENT

Plaintiff Jim Brown and Defendants Brett Brewer, Daniel Mosher, Lawrence Moreau, Richard Rosenblatt, James Quandt, William Woodward, Andrew Sheehan, and David Carlick ("the Parties") hereby notify the Court that they have reached a resolution of this action. The Parties will be providing the Court with a stipulation of settlement before December 1, 2010.

Dated:   October 27, 2010

HOGAN LOVELLS US LLP

By: *Richard Stone /EAM*
Richard L. Stone

Attorneys for Defendants
Brett Brewer, Daniel Mosher,
Lawrence Moreau, Richard
Rosenblatt, James Quandt, and
William Woodward

Dated:  October 27, 2010

ROBBINS GELLER RUDMAN & DOWD LLP

By: *Randall Baron /EAM*
Randall J. Baron

Attorneys For Plaintiff Jim Brown

Dated:  October 27, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *James N. Kramer /EAM*
James N. Kramer

Attorneys For Defendants
David Carlick and Andrew Sheehan

1  JOINT REPORT REGARDING SETTLEMENT