ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
RANDALL J. BARON (150796)
ELLEN GUSIKOFF STEWART (144892)
DAVID T. WISSBROECKER (243867)
EUN JIN LEE (264208)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
elleng@rgrdlaw.com
dwissbroecker@rgrdlaw.com
elee@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT C. BREWER, et al.,<br><br>Defendants. | No. 2:06-cv-03731-GHK-SH<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AN AWARD OF ATTORNEYS' FEES AND EXPENSES<br><br>DATE: May 16, 2011<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable George H. King |

614049_1

1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on May 16, 2011, at 9:30 a.m., in the Courtroom of the Honorable George H. King, United States District Judge, at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, Lead Plaintiff will and hereby moves for orders (1) finally approving the settlement as set forth in the Amended Stipulation of Settlement dated February 4, 2011 ("Stipulation"), and dismissing the Action with prejudice; (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding Lead Counsel attorneys' fees of 27% of the Settlement Fund plus expenses incurred in this class action, as well as an award to Lead Plaintiff. Lead Plaintiff's motion is based upon the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Memorandum of Points and Authorities in Support of an Award of Attorneys' Fees and Expenses, the declarations of counsel submitted in support thereof, the Stipulation, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on Lead Plaintiff's motion.

DATED: March 21, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
RANDALL J. BARON
ELLEN GUSIKOFF STEWART
DAVID T. WISSBROECKER
EUN JIN LEE

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

614049_1

- 1 -

1
2   655 West Broadway, Suite 1900
    San Diego, CA  92101
3   Telephone:  619/231-1058
    619/231-7423 (fax)
4
    Lead Counsel for Plaintiff
5
    LAW OFFICES OF CHRISTY
       GOODMAN
6   CHRISTY W. GOODMAN
    3327 Dumas Street
7   San Diego, CA  92106
    Telephone:  619/793-8259
8   619/758-0635 (fax)

9   Attorneys for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

614049_1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2011.

                                                s/ Ellen Gusikoff Stewart
                                                ELLEN GUSIKOFF STEWART

                                                ROBBINS GELLER RUDMAN
                                                      &amp; DOWD LLP
                                                655 West Broadway, Suite 1900
                                                San Diego, CA  92101-3301
                                                Telephone: 619/231-1058
                                                619/231-7423 (fax)

                                                E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 2:06-cv-03731-GHK -SH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J Baron**
  randyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rebecca M Couto**
  rebecca.couto@lw.com

- **Asheley G Dean**
  asheley.dean@hoganlovells.com,LA-Records@hhlaw.com,dolores.valencia@hoganlovells.com

- **Christy W Goodman**
  c.w.goodman@sbcglobal.net

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Stephen M Knaster**
  sknaster@orrick.com

- **James N Kramer**
  jkramer@orrick.com,jthompson@orrick.com

- **Amy A Laughlin**
  alaughlin@orrick.com

- **Teodora Manolova**
  tmanolova@orrick.com

- **Elizabeth A Moriarty**
  elizabeth.moriarty@hoganlovells.com,pdelarosa@hhlaw.com,bea.goncalves@hoganlovells.com,cmelias@hhlaw.com

- **Pamela S Palmer**
  pamela.palmer@lw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Julie A Shepard**
  julie.shepard@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com

- **George A Shohet**
  georgeshohet@gmail.com

- **Richard Lee Stone**
  richard.stone@hoganlovells.com,maria.reyes@hoganlovells.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

4

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Erin Bansal
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA 94105

Stephen J Oddo
Lerach Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
```