UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRETT C. BREWER, et al.,<br><br>　　　　　Defendants. | No. 2:06-cv-03731-GHK-SH<br><br>CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL JOAQUIN REGARDING MAILING THE NOTICE OF SETTLEMENT OF CLASS ACTION AND THE PROOF OF CLAIM AND RELEASE FORM |

Date: May 16, 2011
Time: 9:30 a.m.
Courtroom: The Honorable
　　　　　　George H. King

I, Michael Joaquin, declare:

**THE NOTICE AND PROOF OF CLAIM**

1. I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding mailing the Notice of Settlement of Class Action (the "Notice") and the Proof of Claim and Release form (the "Proof of Claim"), the posting of those documents on the Gilardi & Co. LLC ("Gilardi") website, and publication of the Summary Notice. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed by Gilardi, located at 3301 Kerner Blvd., San Rafael, California. Gilardi was retained as the Claims Administrator in this matter. Previously, a declaration was submitted regarding mailing of the Notice and the Proof of Claim (collectively, the "Claim Package"). That declaration was dated March 16, 2011. At that time Gilardi had mailed a total of 9,843 Claim Packages to potential class members and nominees.

**SUBSEQUENT MAILING OF THE NOTICE AND PROOF OF CLAIM**

3. Since March 16, 2011, Gilardi has mailed an additional 265 Claim Packages at the request of potential class members and nominees. Therefore, the total number of Claim Packages mailed to date is 10,108.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 28th day of April 2011, at San Rafael, California.

_____
MICHAEL JOAQUIN

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 2, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    elleng@rgrdlaw.com

621454_1

2

# Mailing Information for a Case 2:06-cv-03731-GHK -SH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J Baron**
  randyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rebecca M Couto**
  rebeccamcouto@gmail.com

- **Asheley G Dean**
  asheley.dean@hoganlovells.com,LA-Records@hhlaw.com,dolores.valencia@hoganlovells.com

- **Christy W Goodman**
  c.w.goodman@sbcglobal.net

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Stephen M Knaster**
  sknaster@orrick.com

- **James N Kramer**
  jkramer@orrick.com,jthompson@orrick.com

- **Amy A Laughlin**
  alaughlin@orrick.com

- **Teodora Manolova**
  tmanolova@orrick.com

- **Elizabeth A Moriarty**
  elizabeth.moriarty@hoganlovells.com,pdelarosa@hhlaw.com,bea.goncalves@hoganlovells.com,cmelias@hhlaw.com

- **Pamela S Palmer**
  pamela.palmer@lw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Julie A Shepard**
  julie.shepard@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com

- **George A Shohet**
  georgeshohet@gmail.com

- **Richard Lee Stone**
  richard.stone@hoganlovells.com,maria.reyes@hoganlovells.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Erin Bansal
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA 94105

Stephen J Oddo
Lerach Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
```

4

Jeff Faber, Chief Financial Officer
Trafelet & Company, LLC
590 Madison Avenue, 26th Floor
New York, NY  10022

David H. Wollins
c/o David H. Wollins, P.C.
600 South Cherry Street
Suite 520S
Denver, CO  80246

5