E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-3731 GHK (Shx) | Date | May 16, 2011 |
|---|---|---|---|
| Title | JIM BROWN, et al   vs.  BRETT C. BREWER, et al | | |

**Presiding: The Honorable**    **GEORGE H. KING, UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Randall Barron | Julie Shepard |
| Ellen Gusikoff Stewart | James Thompson |
| ------------------------------------------ | |
| Stuart Bonstein (David Wollin) | |
| Michael Bowse (Trafelet Co,) | |

**PROCEEDINGS:**   **MOTION BY PLAINTIFF FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND AWARD OF ATTORNEYS' FEES AND EXPENSES; [329]**

    Matter called.  Counsel for the parties are present.  Also present are counsel for objectors' Trafelte Co., and David Wollin.  The court hears from all counsel, and directs further briefing.  Counsel shall meet and confer in person, and file a joint brief on the issues in the manner as directed by the Court on the record by no later than May 31, 2011.  The matter will be taken under submission.  The Court will issue such orders as deemed appropriate.

    **IT IS SO ORDERED.**

|  | : | **42** |
|---|---|---|
| | Initials of Preparer | Bea |