Hogan Lovells US LLP
Richard L. Stone, Bar No. 110022
richard.stone@hoganlovells.com
Julie Ann Shepard, Bar No. 175538
julie.shepard@hoganlovells.com
Elizabeth A. Moriarty, Bar No. 212118
elizabeth@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:  (310) 785-4600
Facsimile:   (310) 785-4601

E-FILED 05-27-11

Attorneys for Defendants
Brett Brewer, Daniel Mosher, Lawrence Moreau, Richard Rosenblatt, James Quandt, and William Woodward

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BRETT BREWER, et. al.<br><br>Defendants. | Case No.  CV-06-3731 GHK (SH)<br><br>Class Action<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR FILING JOINT BRIEF** |

1  Upon consideration of the Stipulation To Extend Time For Filing Joint Brief
2  ("Joint Brief") filed by Plaintiff Jim Brown, Defendants Brett Brewer, Daniel
3  Mosher, Lawrence Moreau, Richard Rosenblatt, James Quandt, William Woodward,
4  Andrew Sheehan and David Carlick, and Objector Trafelet & Company LLC, IT IS
5  HEREBY ORDERED that the deadline for filing the Joint Brief shall be extended
6  one week from May 31, 2011 to June 7, 2011.

8  IT IS SO ORDERED.

10 Dated: **5/26/11**
11  THE HONORABLE GEORGE H. KING
    UNITED STATES DISTRICT JUDGE