1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DARREN J. ROBBINS (168593)
   RANDALL J. BARON (150796)
3  ELLEN GUSIKOFF STEWART (144892)
   DAVID T. WISSBROECKER (243867)
4  EUN JIN LEE (264208)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
   darrenr@rgrdlaw.com
7  randyb@rgrdlaw.com
   elleng@rgrdlaw.com
8  dwissbroecker@rgrdlaw.com
   elee@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT C. BREWER, et al.,<br><br>Defendants. | No. 2:06-cv-03731-GHK-SH<br><br><u>CLASS ACTION</u><br><br>JOINT REQUEST FOR STATUS CONFERENCE |
|---|---|

649589_1

1  The Parties to the above-captioned litigation as well as Trafelet & Company, LLC ("Trafelet") respectfully and jointly request that the Court schedule a Status Conference at which Plaintiff's Lead Counsel will update the Court on the status of claims administration, and the Parties and Trafelet will be present to answer any questions the Court may have with respect to the supplemental filing made by the Parties on June 10, 2011 (Docket Nos. 348, 349).

Plaintiff's Lead Counsel submit herewith the accompanying Declaration of Lara McDermott Regarding Claims Processing. That declaration states that the initial stages of claims processing is complete and approximately 11.7 million shares have timely claimed into the Settlement Fund. Plaintiff's Lead Counsel also represent that Class Members have been regularly calling Plaintiff's Lead Counsel and Gilardi & Co. LLC inquiring about the status of claims administration.

The Parties and Trafelet are available to appear at the Court's convenience.

DATED: September 21, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
RANDALL J. BARON
ELLEN GUSIKOFF STEWART
DAVID T. WISSBROECKER
EUN JIN LEE

    s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

LAW OFFICES OF CHRISTY
 GOODMAN
CHRISTY W. GOODMAN
3327 Dumas Street
San Diego, CA 92106
Telephone: 619/793-8259
619/758-0635 (fax)

Attorneys for Plaintiff

- 1 -

649589_1

1  
2  HOGAN LOVELLS US LLP  
   RICHARD L. STONE  
   JULIE ANN SHEPARD  
3  ELIZABETH A. MORIARTY  
4  
5  _____  
   JULIE A. SHEPARD /by egs with permission  
6  
   1999 Avenue of the Stars,, Suite 1400  
7  Los Angeles, CA 90067  
   Telephone: 310/785-4600  
8  310/785-4601 (fax)  
9  Attorneys for Defendants Brett Brewer,  
   Daniel Mosher, Lawrence Moreau, Richard  
10 Rosenblatt, James Quandt, and William  
   Woodward  
11  
   ORRICK, HERRINGTON  
12   & SUTCLIFFE, LLP  
   MICHAEL D. TORPEY  
13 JAMES N. KRAMER  
   STEPHEN M. KNASTER  
14  
15  
   _____  
16 JAMES N. KRAMER /by egs with permission  
17 The Orrick Building  
   405 Howard Street  
18 San Francisco, CA 94105-2669  
   Telephone: 415/773-5700  
19 415/773-5759 (fax)  
20 Attorneys for Defendants  
   David S. Carlick and Andrew Sheehan  
21  
22  
23  
24  
25  
26  
27  
28  

649589_1

- 2 -

BROWNE GEORGE ROSS LLP
MICHAEL A. BOWSE

*Michael A Bowse/by ejs with permission*
MICHAEL A. BOWSE

2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067
Telephone: 310/274-7100
310/275-5697 (fax)

Attorneys for Objector Trafelet &
Company, LLC

649589_1

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2011.

                                          s/ Ellen Gusikoff Stewart
                                          ELLEN GUSIKOFF STEWART

                                          ROBBINS GELLER RUDMAN
                                                & DOWD LLP
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-3301
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)

                                          E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 2:06-cv-03731-GHK -SH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J Baron**
  randyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael A Bowse**
  mbowse@bgrfirm.com,rnelms@bgrfirm.com,khall@bgrfirm.com

- **Rebecca M Couto**
  rebeccamcouto@gmail.com

- **Asheley G Dean**
  asheley.dean@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com,dolores.valencia@hoganlovells.com

- **Eric M George**
  egeorge@bgrfirm.com,cbonilla@bgrfirm.com

- **Christy W Goodman**
  c.w.goodman@sbcglobal.net

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com,amie.nguyen@hoganlovells.com

- **Stephen M Knaster**
  sknaster@orrick.com

- **James N Kramer**
  jkramer@orrick.com,jthompson@orrick.com

- **Amy A Laughlin**
  alaughlin@orrick.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Elizabeth A Moriarty**
  elizabeth.moriarty@hoganlovells.com,pdelarosa@hhlaw.com,bea.goncalves@hoganlovells.com,cmelias@hhlaw.com

- **Stephen J Oddo**
  soddo@robbinsumeda.com

- **Pamela S Palmer**
  pamela.palmer@lw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Julie A Shepard**
  julie.shepard@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com

- **George A Shohet**

georgeshohet@gmail.com

- **Richard Lee Stone**
  richard.stone@hoganlovells.com,maria.reyes@hoganlovells.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Erin Bansal
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA 94105
```