UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>BRETT C. BREWER, et al.,<br><br>                      Defendants. | No. 2:06-cv-03731-GHK-SH<br><br>CLASS ACTION |

DECLARATION OF LARA MCDERMOTT REGARDING CLAIMS PROCESSING

649137_2

I, Lara McDermott, declare:

1. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the claims that have been received in this matter as well as the planned next steps for processing those claims. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California as the Director of Securities, and I am overseeing the claim processing services Gilardi is providing in this matter.

3. The claim filing deadline in this matter was June 22, 2011. Gilardi has received 1,016 claims from putative class members, and has completed the initial processing steps required to determine which of those claims may be eligible to share in the distribution of the net settlement proceeds pursuant to the proposed Plan of Allocation. The claims submitted represent more than 11.7 million potentially eligible shares of Intermix Media, Inc.

4. Gilardi has preliminary identified those claims that may ultimately be valid, but which currently are deficient in some way. Common deficiencies include incomplete transaction information, missing or incomplete claimant identification information, as well as missing claimant signatures. Claims that are deficient in some way that may be corrected by the claimant are generally sent a deficiency letter or email communication identifying the deficiency and providing instructions and a time period for correcting the deficient aspect of the claim.

5. Certain claims have also been preliminarily identified as ineligible to share in the distribution of the net settlement proceeds. Those claimants will be sent rejection notices describing the reason(s) for the proposed rejection and providing instructions and a time frame for seeking administrative review of the initial rejection determination.

6. In order to avoid waste of resources and potential claimant confusion, claimant notifications are generally not sent until the Court has finally approved the formula for calculations and requirements for eligibility contained in the Plan of Allocation. Gilardi is, however, prepared to begin sending claim deficiency notices and claim rejection notices to Intermix claimants immediately after the Court enters an Order approving the proposed Plan of Allocation in this matter, if the Court does so. Following the expiration of deadlines to cure deficiencies or to seek

649137_2

1

administrative review of claim rejections, and resolution of such deficiencies or rejections, the Net Settlement Fund can thereafter be immediately distributed to eligible claimants.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 6th day of September, 2011, at San Rafael, California.

LARA MCDERMOTT

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 2:06-cv-03731-GHK -SH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J Baron**
  randyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael A Bowse**
  mbowse@bgrfirm.com,rnelms@bgrfirm.com,khall@bgrfirm.com

- **Rebecca M Couto**
  rebeccamcouto@gmail.com

- **Asheley G Dean**
  asheley.dean@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com,dolores.valencia@hoganlovells.com

- **Eric M George**
  egeorge@bgrfirm.com,cbonilla@bgrfirm.com

- **Christy W Goodman**
  c.w.goodman@sbcglobal.net

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com,amie.nguyen@hoganlovells.com

- **Stephen M Knaster**
  sknaster@orrick.com

- **James N Kramer**
  jkramer@orrick.com,jthompson@orrick.com

- **Amy A Laughlin**
  alaughlin@orrick.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Elizabeth A Moriarty**
  elizabeth.moriarty@hoganlovells.com,pdelarosa@hhlaw.com,bea.goncalves@hoganlovells.com,cmelias@hhlaw.com

- **Stephen J Oddo**
  soddo@robbinsumeda.com

- **Pamela S Palmer**
  pamela.palmer@lw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Julie A Shepard**
  julie.shepard@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com

- **George A Shohet**

  georgeshohet@gmail.com

- **Richard Lee Stone**
  richard.stone@hoganlovells.com,maria.reyes@hoganlovells.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Erin Bansal
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA 94105
```