ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
RANDALL J. BARON (150796)
ELLEN GUSIKOFF STEWART (144892)
DAVID T. WISSBROECKER (243867)
EUN JIN LEE (264208)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
randyb@rgrdlaw.com
elleng@rgrdlaw.com
dwissbroecker@rgrdlaw.com
elee@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIM BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT C. BREWER, et al.,<br><br>Defendants. | No. 2:06-cv-03731-GHK-SH<br><br>CLASS ACTION<br><br>NOTICE OF SUBMISSION OF REVISED PROPOSED ORDERS, REVISED NOTICE AND REVISED PROOF OF CLAIM AND RELEASE<br><br>DATE: January 12, 2012<br>TIME: 9:30 a.m.<br>CTRM: The Honorable George H. King |

675454_1

In advance of the scheduled January 12, 2012 hearing to consider, among other things, a proposed plan of allocation of Settlement proceeds, Plaintiff respectfully submits the following documents for the Court's consideration:

(a) Notice of Revised Plan of Allocation and Revised Proof of Claim and Release (without additional objection opportunity);

(b) Notice of Revised Plan of Allocation and Revised Proof of Claim and Release (with additional objection opportunity);

(c) Revised Proof of Claim and Release;

(d) [Proposed] Order Providing for Supplemental Notice (without additional objection deadline);

(e) [Proposed] Order Providing for Supplemental Notice (with additional objection deadline); and

(f) [Proposed] Judgment and Order of Dismissal with Prejudice, Order Approving Plan of Allocation and Order Awarding Attorneys' Fees and Expenses.

The Court's December 19, 2011 Order asked the Parties to be prepared to discuss at the January 12, 2012 hearing whether supplemental notice to the Class of the revised Plan of Allocation was necessary. Paragraph 19 of the Order Preliminarily Approving Settlement, entered by the Court on February 17, 2011, permits the Court to "approve the settlement, with such modifications as may be unanimously agreed to by the Plaintiff, Defendants and News Corp., if appropriate, without further notice to the Class." Moreover, the Notice of Settlement of Class Action ("Notice") expressly informs Class Members that the Court has this authority.[1] Therefore, the Court may approve a revised Plan of Allocation without providing any additional notice thereof

---

[1] "The Court has also reserved the right to modify the Plan of Allocation without further notice to Class Members. All Orders regarding a modification of the Plan of Allocation will be posted on the Claims Administrator's website, www.gilardi.com." Notice at 4.

- 1 -

675454_1

to the Class. Nevertheless, should the Court determine that providing supplemental notice of the revised Plan of Allocation is appropriate, the Parties respectfully submit the foregoing documents which: (i) order the additional notice, including a deadline for submitting Proof of Claim and Release forms; and (ii) provide a proposed form of a supplemental notice and a revised Proof of Claim and Release form.[2]

The Parties also respectfully submit for the Court's consideration a proposed order approving the Settlement, the revised Plan of Allocation, an award of attorneys' fees and expenses to Plaintiff's Counsel, and an award of time and expenses to Plaintiff.

The Parties look forward to discussing the outstanding issues with the Court on January 12, 2012.

DATED: January 10, 2012

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
RANDALL J. BARON
ELLEN GUSIKOFF STEWART
DAVID T. WISSBROECKER
EUN JIN LEE

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

---

[2] Gilardi & Co. LLC has informed Plaintiff's Counsel that the cost of this additional notice will be approximately $25,000, and it will cost an additional approximately $25,000 to process the new claim forms and reprocess the previously received claim forms to account for the revised plan.

675454_1

LAW OFFICES OF CHRISTY GOODMAN
CHRISTY W. GOODMAN
3327 Dumas Street
San Diego, CA  92106
Telephone:  619/793-8259
619/758-0635 (fax)

Attorneys for Plaintiff

- 3 -

675454_1

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2012.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 2:06-cv-03731-GHK -SH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall J Baron**
  randyb@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michael A Bowse**
  mbowse@bgrfirm.com,khall@bgrfirm.com

- **Rebecca M Couto**
  rebeccamcouto@gmail.com

- **Asheley G Dean**
  asheley.dean@hoganlovells.com,mae.chester@hoganlovells.com,LA-Docketing@hoganlovells.com,LA-Records@hoganlovells.com

- **Eric M George**
  egeorge@bgrfirm.com,cbonilla@bgrfirm.com

- **Christy W Goodman**
  c.w.goodman@sbcglobal.net

- **Ellen Anne Gusikoff Stewart**
  elleng@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Bety Javidzad**
  bety.javidzad@hoganlovells.com,LA-Docketing@hoganlovells.com

- **Stephen M Knaster**
  sknaster@orrick.com

- **James N Kramer**
  jkramer@orrick.com,jthompson@orrick.com

- **Amy A Laughlin**
  alaughlin@orrick.com

- **Teodora Manolova**
  tmanolova@goodwinprocter.com

- **Elizabeth A Moriarty**
  elizabeth.moriarty@hoganlovells.com,pdelarosa@hhlaw.com,bea.goncalves@hoganlovells.com,cmelias@hhlaw.com

- **Stephen J Oddo**
  soddo@robbinsumeda.com

- **Pamela S Palmer**
  pamela.palmer@lw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Julie A Shepard**
  jshepard@jenner.com

- **George A Shohet**

georgeshohet@gmail.com

- **Richard Lee Stone**
  rstone@jenner.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Erin Bansal
Orrick Herrington and Sutcliffe
405 Howard Street
San Francisco, CA 94105

Brad Greenspan
264 South La Cienega   Suite 1216
Beverly Hills, CA 90211
```